OPINION — AG — THE TULSA URBAN LEAGUE IS NOT A "PUBLIC BODY" FOR PURPOSES OF COVERAGE UNDER THE OKLAHOMA OPEN MEETING ACT, 25 O.S. 1977 Supp., 301 [25-301] THRU 25 O.S. 1977 Supp., 314 [25-314], UNLESS THE LEAGUE WERE TO RECEIVE SUPPORT IN WHOLE OR IN PART BY PUBLIC FUNDS, OR BECOMES ENTRUSTED WITH THE EXPENDING OF PUBLIC FUNDS, OR ADMINISTERING PUBLIC PROPERTY. CITE: 25 O.S. 1977 Supp., 304 [25-304], 25 O.S. 1977 Supp., 301 [25-301], 25 O.S. 1977 Supp., 302 [25-302], 25 O.S. 1977 Supp., 303 [25-303], 25 O.S. 1977 Supp., 306 [25-306], 25 O.S. 1977 Supp., 307 [25-307], 25 O.S. 1977 Supp., 308 [25-308] 25 O.S. 1977 Supp., 311 [25-311], 25 O.S. 1977 Supp., 310 [25-310] [25-310], 25 O.S. 1977 Supp., 312 [25-312] 25 O.S. 1977 Supp., 313 [25-313], 25 O.S. 1977 Supp., 314 [25-314] [25-314] (GERALD WEIS)